# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Diane Thayse, Baby Thayse,

    Plaintiffs,                         Civil No. 09-2034 (RHK/FLN)

vs.                                 **DISQUALIFICATION AND
                                       ORDER FOR REASSIGNMENT**

Jon Bilander,

    Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 5, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                     United States District Judge